PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Michael Giles　　　　　　　　　　　　　　　　　　　　Cr.: 20-00944-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 7172883

Name of Sentencing Judicial Officer:　　THE HONORABLE CATHY SEIBEL, U.S. DISTRICT
　　　　　　　　　　　　　　　　　　　　JUDGE, SOUTHERN DISTRICT OF NEW YORK

Name of Newly Assigned Judicial Officer:　THE HONORABLE KEVIN MCNULTY, U.S. DISTRICT
　　　　　　　　　　　　　　　　　　　　　JUDGE, DISTRICT OF NEW JERSEY

Date of Original Sentence: 02/25/2014

Original Offense:　Using a Communication Facility in Committing, Causing and Facilitating the
　　　　　　　　　Commission of a Felony, 21 U.S.C. § 843(b)

Original Sentence: 48 months imprisonment, 12 months supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Search/Seizure, $100 Special Assessment

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 09/30/2020

## NONCOMPLIANCE SUMMARY

<u>Nature of Noncompliance</u>

On September 8, 2021 and September 9, 2021, Giles left the District of New Jersey and did not receive approval from his Probation Officer to enter Pennsylvania. On September 9, 2021, the Lehigh Northampton Airport Authority Police Department in Pennsylvania advised our office of an incident involving a rental car that Mr. Giles returned on September 8, 2021. Specifically, $400 in one-dollar bills were found in the rental vehicle, along with drug paraphernalia (a crack pipe), which was found inside a tissue under the cash. Mr. Giles returned to the airport on September 9 to retrieve the money he reported leaving inside the rental car but was informed by police that the items were logged in evidence as part of a drug investigation. No charges have been filed.

<u>U.S. Probation Officer Action</u>

The U.S. Probation Office recommends presentation of this document to the offender as a formal written reprimand from the Court. The probation office will continue to closely monitor the individual's progress and will report any further noncompliance.

Prob 12A – page 2
Michael Giles

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   MARIBEL PEREZ
U.S. Probation Officer

/ mp

APPROVED:

_____   09/16/2021
DONALD L. MARTENZ, JR.                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] This document will serve as an official written reprimand issued under the authority of the Court (*as recommended by the Probation Office*)

[ ] Submit a Request for Warrant or Summons

[ ] No Formal Court Action to be Taken at This Time

[ ] Other

/s/ Kevin McNulty
_____
Signature of Judicial Officer

9/16/2021
_____
Date